IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Miller Jr, Leroy | Case Number: 07 B 17149 |
|---|---|
| | Judge: Squires, John H |
| Printed: 11/04/08 | Filed: 9/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 24, 2008
Confirmed: November 7, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,745.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 806.01 |
| Priority: | | 0.00 |
| Administrative: | | 2,725.00 |
| Trustee Fee: | | 213.99 |
| Other Funds: | | 0.00 |
| Totals: | 3,745.00 | 3,745.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jennifer A Blanc Douge | Administrative | 2,725.00 | 2,725.00 |
| 2. | B-Real LLC | Unsecured | 251.86 | 0.00 |
| 3. | B-Line LLC | Unsecured | 251.86 | 22.92 |
| 4. | Illinois Student Assistance Commission | Unsecured | 4,601.24 | 418.66 |
| 5. | Portfolio Recovery Associates | Unsecured | 226.86 | 20.64 |
| 6. | Americredit Financial Ser Inc | Unsecured | 3,589.09 | 326.57 |
| 7. | B-Real LLC | Unsecured | 189.20 | 17.22 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 596.00 | 0.00 |
| 9. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 10. | Comcast | Unsecured | | No Claim Filed |
| 11. | Discover Financial Services | Unsecured | | No Claim Filed |
| 12. | I C Systems Inc | Unsecured | | No Claim Filed |
| 13. | Credit Protection Association | Unsecured | | No Claim Filed |
| 14. | Fischer Mangold | Unsecured | | No Claim Filed |
| 15. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 16. | Village of Romeoville | Unsecured | | No Claim Filed |
| 17. | Silver Cross Hospital | Unsecured | | No Claim Filed |
| 18. | T Mobile USA | Unsecured | | No Claim Filed |
| 19. | Sprint PCS | Unsecured | | No Claim Filed |
| 20. | TCF Bank | Unsecured | | No Claim Filed |
| | | | $ 12,431.11 | $ 3,531.01 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Miller Jr, Leroy

Printed: 11/04/08

Case Number:  07 B 17149
Judge:  Squires, John H
Filed:  9/20/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 144.45 |
| 6.5% | 69.54 |
|  | $ 213.99 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

